# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 5, 2025

---

### NO. 03-25-00237-CV

---

**Danny Patrick McCoy, Appellant**

**v.**

**Edith Yedida McCoy, Appellee**

---

**APPEAL FROM THE 465TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on March 27, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.